UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**NORTH AVENUE CAPITAL, LLC,**

    Plaintiff,

v.     Civil Action No. 2:23-cv-00015

**RANGER SCIENTIFIC LLC,**

    Defendant.

## VERDICT FORM

1. **Do you find by a preponderance of the evidence that Defendant, Ranger Scientific, breached the terms of the contract?**

    Yes ✓      No _____

    *If you have answered "Yes" to Question 1, please proceed to Question 2. If you have answered "No" to Question 1, please have the foreperson sign and date the end of this form.*

2. **Do you find by a preponderance of the evidence that Plaintiff, North Avenue Capital, suffered damages as a result of the breach?**

    Yes _____      No ✓

    *If you have answered "Yes" to Question 2, please proceed to Question 3. If you have answered "No" to Question 2, please have the foreperson sign and date the end of this form.*

3. **State the total amount of damages that Plaintiff, North Avenue Capital, is entitled to recover for Defendant, Ranger Scientific's breach of the contract.**

    $ _____

    *Your deliberations are complete. Please have the foreperson sign and date the end of this form. Let the court security officer know when you have reached a unanimous verdict.*

12-18-2024      —

Date      Foreperson

Page 1