IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

NORTH AVENUE CAPITAL, LLC,

    **Plaintiff,**

v.                                            Civil Action No. 2:23-cv-00015

RANGER SCIENTIFIC LLC,

    **Defendant.**

## PLAINTIFF'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW OR IN THE ALTERNATIVE MOTION FOR NEW TRIAL

Pursuant to Federal Rules of Civil Procedure 50(b) and 59, Plaintiff North Avenue Capital, LLC renews its Motion for Judgment as a Matter of Law and requests that this Court enter judgment in its favor or, alternatively, grant a new trial. Although the jury found that Defendant breached the parties' agreement, it awarded no damages. This result is contrary to the uncontroverted trial evidence, which conclusively established both the breach and $8.2 million in resulting damages. Accordingly, judgment notwithstanding the verdict is warranted. At a minimum, a new trial is necessary. The grounds for this relief are set forth in the accompanying memorandum of law.

**PLAINTIFF NORTH AVENUE CAPITAL, LLC**

By Counsel:


By: */s/ John R. Whipkey*
John J. Richardson (WVSB #13140)
John R. Whipkey (WVSB #10033)
Bernstein-Burkley, P.C.
32 20th Street, Suite 301
Wheeling, WV 26003
t: (412) 456-8100
f: (412) 456-8135
jwhipkey@bernsteinlaw.com
jrichardson@bernsteinlaw.com

and

Brandi J. McKay (admitted *pro hac vice*)
David S. Denton (admitted *pro hac vice*)
BROWN FOX, PLLC
6303 Cowboys Way, Suite 450
Frisco, Texas 75034
t: (972) 707-1861
f: (214) 327-5001
brandi@brownfoxlaw.com
david@brownfoxlaw.com

and

Andrew C. Robey (WVSB #12806)
Daniel B. Schwaber (WVSB #14098)
HISSAM FORMAN DONOVAN RITCHIE PLLC
P.O. Box 3983
Charleston, WV 25339
t: 681.265.3802
f: 304.982.8056
arobey@hfdrlaw.com
dschwaber@hfdrlaw.com

2